Paul R. Kiesel, State Bar No. 119854
  *kiesel@kbla.com*
KIESEL + LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444 Fax:310-854-0812

Paul O. Paradis, *pro hac vice*
  *pparadis@hhplawny.com*
Michael A. Schwartz, *pro hac vice*
  *mschwartz@hhplawny.com*
Gina M. Tufaro, *pro hac vice*
  *gtufaro@hhplawny.com*
HORWITZ, HORWITZ, & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel:   212-986-4500 Fax:212-986-4501
Attorneys for Plaintiff ALEXANDER FAH
and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WOLVERINE WORLD WIDE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. SACV 8:13-00010 JVS(JPRx)<br><br>**DECLARATION OF MICHAEL SCHWARTZ IN SUPPORT OF L.R. 37-2 JOINT STIPULATION ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND COMPLETE FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES**<br><br>Magistrate Judge: Jean P. Rosenbluth<br>Date: August 29, 2013<br>Time: 10:30 a.m.<br>Ctrm: 6A<br><br>Class Cert. Mot.:   Dec. 16, 2013<br>Discovery Cutoff:   June 23, 2014<br>Pretrial Conf.:   Sept. 15, 2014<br>Trial:   Sept. 30, 2014 |

I, Michael A. Schwartz, declare the following under the penalty of perjury of the laws of the United States:

1. I am an attorney duly licensed to practice law in the State of New York, and I have been admitted *pro hac vice* in this action.

2. I am a Partner at Horwitz, Horwitz & Paradis, Attorneys at Law, counsel for Plaintiff in this Action.

3. I submit this Declaration in support of Plaintiff's Motion to compel defendant Wolverine World Wide, Inc. to: (1) produce documents in response to Plaintiff's First Request for the Production of Documents dated April 30, 2013; and (2) provide complete Fed. R. Civ. P. 26(a)(1) initial disclosures.

4. I have personal knowledge of each of the facts set forth in this Declaration and, if required to do so, could and would competently testify thereto.

5. Annexed as Exhibit 1 hereto is a true and correct copy of the First Amended Class Action Complaint filed by Plaintiff in this Action on April 23, 2013 [Dkt. No. 21-1].

6. Annexed as Exhibit 2 hereto is a true and correct copy of the Court's Civil Minutes – General filed in this action on May 6, 2013 [Dkt No. 31].

7. Annexed as Exhibit 3 hereto is a true and correct copy of the Reporter's Transcript of Proceedings dated May 6, 2013 [Dkt No. 29].

8. Annexed as Exhibit 4 hereto is a true and correct copy of Joint Report Pursuant to Federal Rule of Civil Procedure 26(f)(2) filed in this action on April 29, 2013 [Dkt No. 27].

9. Annexed as Exhibit 5 hereto is a true and correct copy of the Court's Order Setting Rule 26(f) Scheduling Conference filed in this action on January 25, 2013 [Dkt No. 5].

10. Annexed as Exhibit 6 hereto is a true and correct copy of Defendant's Rule 26(a)(1) Initial Disclosures dated June 10, 2013.

11. Annexed as Exhibit 7 hereto is a true and correct copy of a letter from Mark Butler to Michael J. Burns, Esq. Eric R. McDonough, Esq. and Eugene S. Suh, Esq. dated June 18, 2013.

12. Annexed as Exhibit 8 hereto is a true and correct copy of a letter from Eugene S. Suh, Esq. to Mark Butler, Esq. dated June 21, 2013.

13. Annexed as Exhibit 9 hereto is a true and correct copy of Plaintiff's First Request for the Production of Documents dated April 30, 2013.

14. Annexed as Exhibit 10 hereto is a true and correct copy of a letter from Eugene S. Suh, Esq. to Mark Butler, Esq. dated June 7, 2013 and Defendant's Response to Plaintiff's First Request for the Production of Documents dated June 7, 2013.

15. Annexed as Exhibit 11 hereto is a true and correct copy of a letter from Mark Butler to Michael J. Burns, Esq., Eric R. McDonough, Esq., and Eugene S. Suh, Esq. dated June 17, 2013.

16. Annexed as Exhibit 12 hereto is a true and correct copy of a letter from Eugene S. Suh, Esq. to Mark Butler, Esq. dated June 25, 2013.

17. Annexed as Exhibit 13 hereto is a true and correct copy of the Class Action Complaint filed by Plaintiff in this Action on January 2, 2013 [Dkt No. 1].

Sworn to under penalty of perjury under the laws of the United States this 26th day of July, 2013.

_____
Michael A. Schwartz

2   DECLARATION OF MICHAEL A. SCHWARTZ
IN SUPPORT OF L.R. 37-2 JOINT STIPULATION
ON PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND
COMPLETE INITIAL DISCLOSURES