UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **SACV 13-0010-JVS (JPRx)**               Date: **September 23, 2013**

Title: **Alexander Fah v. Wolverine World Wide, Inc.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Joe Roper | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
          None present                                     None present

**PROCEEDINGS: (IN CHAMBERS)**

On September 17, 2013, the parties submitted a Joint Stipulation Regarding Production of Electronically Stored Information along with a proposed Order enforcing the agreement for the Court to sign.

The parties have pointed to no provision of the Federal Rules of Civil Procedure or the local rules requiring, or even providing for, the Court to give its imprimatur to a separate ESI discovery plan agreed to by the parties. Should one party or the other violate some provision of the agreement and the parties are unable to resolve their dispute through the meet-and-confer process, the aggrieved party may file a motion to compel under Local Rules 37-1 and -2. Until then, the Court need not be involved.

Accordingly, the Joint Stipulation is ordered stricken and returned to the parties.