Paul R. Kiesel, State Bar No. 119854
  *kiesel@kbla.com*
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Paul O. Paradis*, pro hac vice*
  *pparadis@hhplawny.com*
Gina M. Tufaro*, pro hac vice*
  *gtufaro@hhplawny.com*
HORWITZ, HORWITZ, & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel:   212-986-4500
Fax:   212-986-4501

Attorneys for Plaintiff ALEXANDER
FAH, and the Class

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
*mburns@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

(Additional Counsel on signature page)

Attorneys for Defendant,
WOLVERINE WORLD WIDE, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER FAH, individually and on behalf of all others similarly situated,

       Plaintiff,

       v.

WOLVERINE WORLD WIDE, INC., a Delaware Corporation,

       Defendant.

Case No. SACV 8:13-00010 JVS(JPRx)

[Assigned to the Hon. Judge James V. Selna]

**JOINT REPORT RE: MEDIATION**

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Plaintiff, ALEXANDER FAH ("Plaintiff Fah"), individually and on behalf of all others similarly situated, and Defendant, WOLVERINE WORLD WIDE, INC. ("Defendant"), by and through their respective attorneys of record, hereby respectfully submit this Joint Report re: Mediation to inform the Court of the outcome of the mediation conducted by the Hon. Gary L. Taylor on January 9, 2014 and state as follows:

**Plaintiff's Position**

The Hon. Gary L Taylor (Ret.) conducted a mediation in this action on January 9, 2014.  Because the parties agreed that the substantive discussions during the mediation would remain confidential, Plaintiff is unable to provide the Court with specific details concerning what occurred during the mediation.  However, Plaintiff is able to report that the mediation did not result in settlement of the action.

On January 8, 2014, the day immediately prior to the mediation, Defendant conducted the deposition of Plaintiff Fah.  The deposition testimony provided by Plaintiff Fah demonstrates that Plaintiff Fah clearly satisfies the requirements imposed by Fed. R. Civ. P. 23 and is therefore qualified to serve as a class representative in this action.

Defendant's conduct, however, both during and following the mediation was not in good faith.  Defendant's bad faith is demonstrated by Defendant's attempted intimidation of Plaintiff Fah and harassment of Plaintiff Fah's family and friends. Defendant has done so by improperly: (i) re-noticing Plaintiff Fah's deposition for February 7, 2014 in violation of Fed. R. Civ. P. 30(a)(1)(A)(ii) because Defendant failed to seek or obtain leave of the Court to conduct a second deposition of Plaintiff Fah; and (ii) issuing subpoenas *ad testificandum* to Mr. Darrell Fah, Plaintiff Fah's father, and Mrs. Merrell Overton and Mr. Adam Overton, two family friends.

Defendant has issued these subpoenas despite the fact that Plaintiff Fah testified that he had not discussed this action with either of his parents, or Mrs.

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Overton and Mr. Overton.  When asked, "Have you ever spoken with your parents about the lawsuit?", Plaintiff Fah testified, "I have not."  When asked, "[did] you ever speak to them prior to filing it?", Plaintiff Fah testified, "I have not."  Finally, when asked, "you have never communicated with your father about the fact your plaintiff in a federal court case?", Plaintiff Fah testified, "I have not."  *See* Fah Dep. Tr. 42-43.  When asked, "have you ever spoken with Adam Overton about this lawsuit?, Plaintiff Fah testified, "I have not."  *See* Fah Dep. Tr. 41.  Similarly, when asked, "what about Merrell Overton, [have] you ever spoken with her about it [the Action]?, Plaintiff Fah again testified, "I have not."  *See* Fah Dep. Tr. 41.  In light of Plaintiff Fah's sworn testimony, Defendant's service of subpoenas *ad testificandum* to Plaintiff Fah's father, Mrs. Merrell Overton, and Mr. Adam Overton is wholly improper and in violation of Fed. R. Civ. P. 45.  Accordingly, Plaintiff Fah is in the process of requesting that Defendant immediately withdraw these subpoenas.

In addition, Plaintiff Fah is in the process of requesting that Defendant withdraw *Defendant's Notice of Taking Further Deposition of Plaintiff Alexander Fah* because this Notice was served in violation of Fed. R. Civ. P. 30(a)(2)(A)(ii), which prohibits Defendant from taking the deposition of Plaintiff Fah for a second time without first obtaining leave of the Court, which Defendant has neither sought nor obtained.

In the event that Defendant does not withdraw the subpoenas or the notice to Plaintiff Fah for a second deposition, Plaintiff Fah intends to file a motion to quash the subpoenas and a motion for a protective order preventing Defendant from unnecessarily deposing Plaintiff Fah for a second time.

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

**Defendant's Position**

**A.    Mediation**

The parties appeared for mediation before Judge Taylor on January 9, 2014. The parties submitted extensive briefing and supporting evidence to Judge Taylor prior to mediation.  Despite the parties' best efforts over the course of nearly a full day of discussion and negotiation, the case did not settle.  Prior to the start of mediation, everyone - including all four attorneys present on behalf of Mr. Fah - signed a multi-page document expressly recognizing the confidential nature of the mediation.  Given the confidential nature of the mediation, Defendant Wolverine is unable to provide the Court with specific details regarding what occurred during the mediation.

**B.    Discovery**

Fah's counsel's arguments regarding discovery are inappropriate here. Notwithstanding, because counsel is wrong, Wolverine will respond.

Wolverine sought for over two months to obtain dates for Mr. Fah's deposition.  (See Exhibit "A," attached hereto.)   In light of Fah's counsel's intransigence in providing deposition dates, and in an effort to obtain some testimony prior to mediation, Wolverine offered to conduct a portion of the deposition prior to mediation and to conclude the deposition post-mediation, if the case did not settle.  Fah's counsel did not object.  (Id.)

Fah's counsel offered their client for a limited window: 1:00-5:00 p.m. the day prior to mediation.  Fah's counsel refused to provide any additional dates or times for Wolverine to take this deposition pre-mediation.  (Id.)   Wolverine is entitled to complete Mr. Fah's deposition.  There isn't a valid discovery dispute with respect to Mr. Fah's deposition.

As for the recently issued subpoenas, Wolverine is entitled to take discovery of potential witnesses.  For its own strategic reasons Wolverine believes the witness

who have received deposition subpoenas will provide testimony to support its defense.  This is another discovery dispute in name only.

DATED: January 14, 2014

Respectfully submitted,
**KIESEL LAW LLP**

By: _____/s/ Paul R. Kiesel_____

Paul R. Kiesel
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone:   (310) 854-4444
Facsimile:    (310) 854-0812

Paul O. Paradis
Gina M. Tufaro
**HORWITZ, HORWITZ & PARADIS,**
**Attorneys at Law**
570 7th Avenue, 20th Floor
New York, NY 10018
Telephone:   (212) 986-4500
Facsimile:    (212) 986-4501

Attorneys for Plaintiff Alexander Fah, individually and on behalf of all others similarly situated

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DATED: January 14, 2014

Respectfully submitted,
SEYFARTH SHAW LLP

By: /s/ Michael J. Burns
       Michael J. Burns
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
 Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Eric R. McDonough (SBN 193956)
emcdonough@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

SEYFARTH SHAW LLP
Eugene S. Suh (SBN 245313)
esuh@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California  90071
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

Attorneys for Defendant
WOLVERINE WORLD WIDE, INC.

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

5     JOINT REPORT RE: MEDIATION

EXHIBIT A

**From:**  Paul Paradis

**Sent:**   Monday, December 23, 2013 6:42 PM

**To:**     Suh, Eugene

**Cc:**     Mark Butler; Burns, Michael; McDonough, Eric; Gina Tufaro

**Subject:** RE: Fah/Wolverine - Defendant's Deposition Notice to Plaintiff Fah

Eugene,

   Unfortunately, the Plaintiff is only available to be deposed on the afternoon of January 8th due to the holidays and his work schedule.

Paul

---

**From:** Suh, Eugene [mailto:ESuh@seyfarth.com]
**Sent:** Monday, December 23, 2013 6:26 PM
**To:** Paul Paradis
**Cc:** Mark Butler; Burns, Michael; McDonough, Eric; Gina Tufaro
**Subject:** RE: Fah/Wolverine - Defendant's Deposition Notice to Plaintiff Fah

Paul:

Your proposed date and time (January 8, 2014 at 1:00 p.m.) is less than 24 hours prior to the scheduled mediation.  As you already know, mediation briefs are due to the mediator by January 2nd. Are you and your client available on any earlier dates?

Also, we continue to reserve our right to complete Plaintiff's deposition if the case is not resolved at mediation.

**Eugene S. Suh | SEYFARTH SHAW LLP**

333 South Hope Street | Suite 3900

Los Angeles, CA 90071

Direct Phone: 213.270.9681 | Direct Fax: 310.551.8427

esuh@seyfarth.com | www.seyfarth.com

---

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Paul Paradis [mailto:PParadis@HHPLAWNY.COM]
**Sent:** Monday, December 23, 2013 3:19 PM
**To:** Suh, Eugene
**Cc:** Mark Butler; Burns, Michael; McDonough, Eric; Gina Tufaro
**Subject:** RE: Fah/Wolverine - Defendant's Deposition Notice to Plaintiff Fah

Eugene,

  I am now able to confirm that Plaintiff will appear at your offices for his deposition on Wednesday January 8th

from 1-5 pm.  Thank you.

Paul

---

**From:** Suh, Eugene [mailto:ESuh@seyfarth.com]
**Sent:** Monday, December 23, 2013 5:24 PM
**To:** Paul Paradis
**Cc:** Mark Butler; Burns, Michael; McDonough, Eric; Gina Tufaro
**Subject:** FW: Fah/Wolverine - Defendant's Deposition Notice to Plaintiff Fah

Dear Paul:

We still have not heard back from you regarding alternative dates for Plaintiff's pre-mediation deposition.  Please provide dates of availability immediately.  Thank you.

**Eugene S. Suh | SEYFARTH SHAW LLP**

333 South Hope Street | Suite 3900
Los Angeles, CA 90071

Direct Phone: 213.270.9681 | Direct Fax: 310.551.8427

esuh@seyfarth.com | www.seyfarth.com

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)
The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

**From:** Suh, Eugene
**Sent:** Thursday, December 19, 2013 10:05 AM
**To:** 'Paul Paradis'
**Cc:** Mark Butler; kiesel@kbla.com; Burns, Michael; McDonough, Eric; Gina Tufaro
**Subject:** RE: Fah/Wolverine - Defendant's Deposition Notice to Plaintiff Fah

Dear Paul:

We would like to address some of the misstatements set forth in your e-mail yesterday.

On Monday, December 16, 2013, we contacted you to confirm whether Plaintiff would appear for his noticed deposition.  At that time, you indicated that your client would not be appearing on the noticed date, but that you would propose alternative dates of availability.  Contrary to your understanding, the noticed date of December 20, 2013 was not selected as merely a placeholder.  We had been requesting Plaintiff's deposition since November 6, 2013.  At that time, we advised you that we wanted to take Plaintiff's deposition prior to mediation, and requested that you provide dates of availability.  This request was ignored.  Without a response from your office, we had no choice but to notice Plaintiff's deposition for December 20, 2013.

To facilitate the scheduling of Plaintiff's deposition prior to mediation, we indicated during our call, that a partial deposition session (pre-mediation) would suffice.  At no time did we represent that we would be able to complete his deposition in 4 hours or less.  While we might agree to complete the pre-mediation portion of Plaintiff's deposition within that time frame, we maintain our right to depose him for the portion of what remains of the 7 hours we are entitled to.

With that said, we request that you provide us with proposed dates of availability by the close of business tomorrow.  The mediation is currently set for January 9, 2014.  Between then and now, there

are two major holidays that significantly limit the dates that you, your client, and our office may be available.

Thank you.

**Eugene S. Suh | SEYFARTH SHAW LLP**
333 South Hope Street | Suite 3900
Los Angeles, CA 90071
Direct Phone: 213.270.9681 | Direct Fax: 310.551.8427
esuh@seyfarth.com | www.seyfarth.com

**From:** Paul Paradis [mailto:PParadis@HHPLAWNY.COM]
**Sent:** Wednesday, December 18, 2013 2:49 PM
**To:** Suh, Eugene
**Cc:** Mark Butler; kiesel@kbla.com; Burns, Michael; McDonough, Eric; Gina Tufaro
**Subject:** Fah/Wolverine - Defendant's Deposition Notice to Plaintiff Fah

Dear Counsel:
We are in receipt of Defendant's Deposition Notice to Plaintiff Fah dated December 9, 2013.  As you requested when we spoke on Monday, I have been in touch with the Plaintiff and I am now able to confirm that Mr. Fah is unable to appear for the deposition on the noticed date of December 20, 2013 because of a prior commitment.  I also understand based on our conversation that the December 20th date was simply selected by you as a place holder date without any prior consultation with Plaintiff's counsel in order to facilitate service of the Deposition Notice.  I have asked the Plaintiff to review his calendar and to provide me with a few dates and times that he is available to be deposed as you requested during our call, and also informed the Plaintiff of your representation that you will be able to complete the deposition in 4 hours or less.  As soon as the Plaintiff has provided me with the information I have requested, I will provide that information to you so that we may schedule a mutually convenient date and time for the deposition.
If you have any further questions, please contact me at your convenience.  Thank you.
Paul O. Paradis